1046

[No. 66835-8-I.   Division One.   March 5, 2012.]

*In the Matter of the Marriage of* CAROLYN CHRISTINE KENDALL, *Respondent*, and JEFFREY ELDON KENDALL, *Appellant.*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Leach, J.

[Nos. 66943-5-I; 67047-6-I;   Division One.   March 5, 2012.]
67048-4-I; 67049-2-I.

*In the Matter of the Dependency of* C.H. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. TAJANA WALLACE, *Appellant.*

*In the Matter of the Dependency of* C.H.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. CAREY ALLEN HAYES, SR., *Appellant.*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Lau, JJ.

[No. 67293-2-I.   Division One.   March 5, 2012.]

ARTHUR S. WEST ET AL., *Appellants*, v. THE PORT OF OLYMPIA, *Respondent.*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Schindler, JJ.